NUMBER 13-09-00071-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

THE STATE OF TEXAS, Appellant,


v.



GORDON GRAVES, Appellee.

____________________________________________________________


On appeal from the 214th District Court


 of Nueces County, Texas.


____________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Benavides, and Vela


Memorandum Opinion Per Curiam



 This appeal was abated by this Court on August 14, 2009, on the State's "Joint
Motion to Abate and Remand for Plea Negotiations." This cause is now before the Court
because the State, by and through its Criminal Assistant District Attorney, the Honorable
Michelle C. Hayes, has filed a motion for dismissal of its appeal pursuant to Rule 42.2 of
the Texas Rules of Appellate Procedure. See Tex. R. App. P. 42.2(a). Accordingly, this
case is hereby REINSTATED. No decision of this Court having been delivered to date, we
grant the motion and dismiss the appeal. Having dismissed the appeal at appellant's
request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


 PER CURIAM


Do not publish. See Tex. R. App. P. 47.2(b). 

Memorandum Opinion delivered and

filed this 1st day of October, 2009.